Rev. 3/19

FILED
LODGED
RECEIVED   MAIL

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

AUG 3 1 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Christopher A Frick 26587-086

Plaintiff's full name and prisoner number

Plaintiff,

v. B.O.P , Jacquez
J. Parker, DR. Bussel
Giles, Duscano, Dr Oy ,
Smith, Behling, Fernandez

Defendant's/defendants' full name(s)

Defendant(s).

(If you cannot fit all of the defendants' names
in the space provided, please write "see
attached" in the space above and attach
additional sheets of paper, as necessary, with
the full list of names. The names listed here
must be identical to those in Section II. Do not
include addresses here. Individuals whose
names are not included in this section will
not be considered defendants in this action.)

**SECOND AMENDED**

Case No. _____22-cv-801-JHC-MLP_____

(leave blank -- for court staff only)

**PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?
☒ Yes
☐ No

FILED
LODGED
RECEIVED   MAIL

AUG 19 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or
your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking
restoration of good-time credits that would shorten your sentence, you must file a Petition for
Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk
having your claim dismissed. Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all
remedies in your institution's grievance system that are available to you before filing suit. This
generally means that you must file a grievance and, if it is denied, appeal it through all available
levels of review. Your case may be dismissed if you fail to exhaust administrative remedies,
unless the administrative grievance process was not "available" to you within the meaning of the
PLRA. You are not required to plead or show that you have exhausted your claim in this
complaint.

Page 1 of 9

3.    Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.    Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

Do not include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.    You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

I.    PLAINTIFF INFORMATION

Frick Christopher A
Name (Last, First, MI)                                      Aliases/Former Names

26587-086
Prisoner ID #

FDC Seatac
Place of Detention

P.D Box 13900
Institutional Address

Seattle                        WA                98101
County, City                        State            Zip Code

*Indicate your status:*

☒ Pretrial detainee                    ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Page 2 of 9

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:    J. Parker
Name (Last, First)

Chief Dentist
Current Job Title

2425 South 200th St.
Current Work Address

Seattle            WA            98198
County, City        State        Zip Code

Defendant 2:    Dr. Dy
Name (Last, First)

Medical Provider
Current Job Title

2425 South 200th St.
Current Work Address

Seattle            WA            98198
County, City        State        Zip Code

Defendant 3:    Counselor Smith
Name (Last, First)

DC Counselor
Current Job Title

2425 South 200th St.
Current Work Address

Seattle            WA            98198
County, City        State        Zip Code

Defendant 4:  Beibling

DB Counselor

2425   South 200th St

Seattle            WA            98198

Defendant 5:  Fernandez

Unit Team Supervisor

2425   South 200th St.

Seattle            WA            98198

Defendant 6:  Isreal Jacquez

Sea-Tac Warden

2425   South 200th St.

Seattle            WA            98198

Defendant 7: Scotty Bussell

Clinical Director

2425 South 200th st.

Seattle          WA              98198


Defendant 8: Giles Duroso

Heath Service Addministrator

2425 South 200th st.

Seattle       WA              98198


Defendant 9: B.O.P (Bureau of Prisions)

## III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1    See Attachrd   1.1 complant  Cawt 1

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2    See Attached   1.2 Complant caunt 1

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

See Attached Injury Complant 1.3

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 See Attached 2.1 complaint count 2

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 See Attached 2.2 complaint Count 2

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

See Attached injury See 2.3

## **COUNT III**

*Identify the third right you believe was violated and by whom:*

3.1    See Attached 3.1 complaint Count 3

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2    See Attached 3.2 complaint Count3

Page 7 of 9

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

See Attached Injury 3.3

TRULINCS  26587086 - FRICK, CHRISTOPHER - Unit: SET-D-B

---------------------------------------------------------------------------------------------

FROM: 26587086
TO: Frick, Jamie
SUBJECT: amended complaint
DATE: 08/27/2022 05:24:29 PM

## COUNT 1

1.1  Dr. Dy, violated Plaintiff's 5th Amendment  right resulting in deliberate indifference to his serious medical needs.

1.2  Dr Dy, violated plaintiff's 5th Amendment rights , resulting in deliberate indifference to his serious medical needs, by prescribing plaintiff prednisone for his Crohn's disease flare ups between June 2021 - August 2022 and failing to acknowledge or monitor its adverse effects on his health . additionally Dr Dy failed to schedule any follow-up appointments or Lab work to evaluate plaintiffs conditions and other health concerns created from the use of prednisone and lack of medical treatment for his chronic crohn's disease flare-ups.Plainitff was denied any standard of care even though he has serious medical needs Dr. DY and the medical staff here at FDC Seatac breached their duty to ensure plaintiff recieve adequate medical care  .

1.3 As a result , Plaintiff has suffered uncontrolled flares of his Crohn's disease , abdominal pain, internal bleeding , and other related ailments due to lack of proper care. As a result of the lack of medical care for 14 months plaintiff's condition will now require surgery to remove the damaged intestines .

## COUNT 2

2.1 Chief dentist J. Parker violated plaintiff's 5th amendment right resulting in deliberate indifference to his serious dental health needs.

2.2 In June 2021 , plaintiff reported experiencing pain in an anchor tooth used to support his partial denture. At that time , and after the X-ray plaintiff was advised by J Parker that his anchor tooth was cracked and has an exposed nerve causing the pain. Since that appointment plaintiff has been refused further examination and/or treatment , and he continues to suffer serious pain, that the tooth will no longer support his partial denture when he chews and this causes cuts and pain in his mouth, and that his inability to chew properly has caused adverse effects on his diet and crohn's disease.

2.3 plaintiff has suffered loss of tooth and painful cuts to his mouth and gums. extended amount of pain for an extended amount of time.. loss of partial use, infection and decay of teeth from lack of dental treatment.

TRULINCS 26587086 - FRICK, CHRISTOPHER - Unit: SET-D-B

----------------------------------------------------------------------------------------------------

FROM: 26587086
TO: Frick, Jamie
SUBJECT: amended complaint page 2
DATE: 08/27/2022 05:30:50 PM

COUNT 3

3.1 Counselor Smith, Counselor beihling, Unit team supervisor Fernandez violated plaintiff's 5th amendment right Due Process Clause, resulting in deliberate indifference to his safety.

3.2 FDC SeaTac Unit Team Counselor Smith, Unit Team Counselor Behling and Unit Team Supervisor Fernandez, violated plaintiff's 5th amendment rights under due process clause, resulting in deliberate indifference to his safety, by facilitating a series of inmate moves while FDC Sea Tac was in a COVID-19 lockdown that exposed Plaintiff to COVID-19. On January 10th 2022 , FDC SeaTac went into a COVID-19 lockdown and his unit was converted into a COVID-19 isolation unit due to a number of positive cases. During this time, Smith and Behling orchestrated inmate cell moves, Fernandez authorized these moves and all were negligent in their duties to keep the COVID-19 from spreading. They failed to use reasonable care to avoid spreading COVID-19 when they transferred plaintiff who tested negative for COVID-19 into a cell that had minutes prior housed two COVID-19 positive inmates. as a result of being placed in a COVID-19 contaminated cell plaintiff contracted COVID-19. Because Plainitff was originally one of the few that tetsted negative he was told to work as a unit orderly . Plaintiff started exhibiting symptoms of COVID-19 and reported theses symptoms to the unit officer, plaintiff contracted COVID-19 but was told to continue to working , allowing for further spread of COVID-19 .

3.3 As a result plaintiff has suffered symptoms of long-term COVID-19. Plaintiff has had to endure more frequent Crohns flare ups and constant headaches fevers chills and loss of sleep as a result of the lingering affects. Plaintiff had to suffer through the COVID-19 sickness without any help from medical staff resulting in worsening conditions of his already comprimised immune system causing severe cramping, bleeding and vommiting. Plaintiff has never fully recovered from COVID-19 symptoms.

COUNT 4

4.1 FDC SeaTac warden Jacquez is the ultimate policy maker for SeaTac , FDC SeaTac clinical Director Scottie Bussell is responsible for the over all health care of the inmate population. B.O.P, the B.O.P implemented the COVID-19 action plan which in turn violated plainitff's constitutional rights of the informed consent doctrine and right to access medical health services . all resulting in a MONEL claim and violation of plaintiff's 5th Amendment rights and deliberate indifference to his safety.

4.2 The BOP implemented a COVID-19 action plan in March of 2020 that instructs that all new detainees be tested for COVID-19 before entering the institution . During plaintiff's processing into FDC SeaTac he was assaulted by being tested for COVID-19 without his consent . A medical intake screener forcefully without warning forced the Q-tip swab into plaintiffs nose with such force it caused his nose to bleed and his right eye to become black and blue all while plaintiff was shackled with waist chains and hand restraints. Plaintiff was then placed in quarantine for nearly a month without access to the medical or sick call system. the Warden in his individual capacity authorized the policy to allow medical to administer COVID-19 tests without plaintiff's consent denying plaintiff's right to choose segregation over the forced tests. Scottie Bussell in his individual capacity is in charge of the overall health care of the inmate population and failed in his duties to have plaintiff properly screened by medical upon arrival or direct the medical staff to respond to the multiple medical requests plaintiff sent asking to be seen by medical for his black eye and other medical conditions.

TRULINCS 26587086 - FRICK, CHRISTOPHER - Unit: SET-D-B

---------------------------------------------------------------------------------

FROM: 26587086
TO: Frick, Jamie
SUBJECT: amended complaint part 3
DATE: 08/27/2022 05:32:25 PM

4.3 plaintiff suffered bodily assault, black eye , lack of medical treatment, emotional stress, pain and suffering from lack of help..

## COUNT 5

5.1 Clinical Director Scottie Bussell, Health Services Administrator Giles Durano, Violated plaintiff's 5th Amendment rights , Due Process Clause , creating deliberate indifference to my serious medical needs .

5.2 Scottie Bussell in his individual capacity as the FDC SeaTac Clinical Director failed to monitor , reply or review requests for medical attention directed to him and his department by plaintiff in regards to the lack of medical care plaintiff has received and the lack of access plaintiff has to medical. Plaintiff has over the past 14 months sent over 100 medical sick call requests asking to be seen for his crohn's disease symptoms and sever flare-ups  and his dental pain but has never had a reply or appointment from medical. In Bussell's individual capacity he is in charge of making sure plaintiff is receiving proper medical care in his department. Giles Durano in his individual capacity is responsible for day to operations in health services, such as scheduling outside care follow-up appointments. Durano has failed to follow-up or reply to any of the sick call requests plaintiff has submitted asking for medical attention. Durano has failed to follow up on plaintiffs complaints about the side effects of the long term use of prednisone and the continued use of prednisone by FDC SeaTac to mask plaintiffs Crohn's disease flare ups and not provide adequate or proper medical treatment. Durano has also failed to give plaintiff access to outside care provider appointments as directed by plaintiff's outside doctor. Durano has failed to schedule the outside dental appointment plaintiff needed 8 months ago to extract or fix the exposed nerve in plaintiff's tooth.

/5.3 Defendant has suffered severe Crohn's flare-ups , blood loss, cramping, side effects from medications emotional distress, tooth pain and loss  as a result of the lack of care.

## IV.  RELIEF

*State exactly what you want the Court to do for you.  For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief.  Make no legal arguments.  Cite no cases or statutes.*

To recieve proper medical care. $10,000,000 in compensatory damages, and $30,000,000 in punitive damages.

## V.  SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

8 - 17 - 2022

**Dated**

Plaintiff's Signature

