UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. DY., et al.,<br><br>  Defendants. | CASE NO. 2:22-cv-00801-JHC-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's motion for a temporary restraining order (Dkt. # 20) is DENIED without prejudice.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 19th day of September, 2022.

ORDER - 1

1
2
3       John H. Chun
        United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER - 2