UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

          Plaintiff,

   v.

DR. DY, *et al.*,

          Defendants.

Case No. C22-801-JHC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 28, 2022, Plaintiff Christopher Frick submitted a "Motion to Add Additional Complaints for Continued Violation of Plaintiff's Right to Adequate Medical Care" ("Plaintiff's Motion"). (Dkt. # 49.) Plaintiff's Motion requests that the Court "add another complaint" against "acting Medical Director Kevin Polsowki" because of his failure to supply release medication after Plaintiff's temporary release from custody.[1] (*Id.* at 1-2.) However, this Court has already permitted Plaintiff to file an amended complaint in this matter and specifically

---

[1] Plaintiff has previously referred to "Kevin Polsowski" as "Kevin Posalski" and "Kevin Polowski" (*See* dkt. # 42 at 1-2.) All appear to be references to Federal Detention Center SeaTac Acting Assistant Health Services Administrator Kevin Posalski. *See United States v. Frick*, CR21-110-RAJ-1 (W.D. Wash.), dkt. ## 121, 126.

MINUTE ORDER - 1

advised Plaintiff to include all of his claims against all of the parties he seeks to proceed against in his forthcoming amended complaint submission, including Mr. Posalski. (*See* dkt. # 48 at 6, 8.)

Accordingly, Plaintiff's Motion (dkt. # 49) is STRICKEN as moot.

Dated this 29th day of December, 2022.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2