UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

    Plaintiff,

v.

DR. DY, *et al.*,

    Defendants.

Case No. C22-801-JHC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 15, 2023, Defendants T. Thomas and Kevin Posalski filed a "Motion to Join Co-Defendants' Motion to Dismiss" (Dkt. # 68.) The Court observes that Federal Defendants' Motion to Dismiss is currently noted for this Court's consideration on March 10, 2023 (dkt. # 59), and that Plaintiff Christopher Frick's "Motion to Strike Defendants' Motion and Request for Sanctions" is noted on March 17, 2023 (dkt. # 63).

In the interest of judicial efficiency, the Clerk is directed to RE-NOTE the parties' pending motions (dkt. ## 59, 63, 68) for the Court's consideration on **March 31, 2023**.

\\

MINUTE ORDER - 1

Dated this 16th day of March, 2023.

                                              Ravi Subramanian
                                              Clerk of Court

                                       By: /s/Tim Farrell
                                              Deputy Clerk

MINUTE ORDER - 2