UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

          Plaintiff,

   v.

DR. DY, *et al.*,

          Defendants.

Case No. C22-801-JHC-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Defendants Thomas and Polsalski's Motion to Join Co-Defendants' Motion to Dismiss (dkt. # 68) is GRANTED;

    (3)    Plaintiff's Motion to Strike Federal Defendants' Motion to Dismiss and Request for Sanctions (dkt. # 63) is DENIED; and

    (4)    Federal Defendants' Motion to Dismiss (dkt. # 59) is DENIED.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

ORDER - 1

Dated this 2nd day of June, 2023

JOHN H. CHUN
United States District Judge

ORDER - 2