UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. DY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C22-801-JHC-MLP<br><br>ORDER TO SHOW CAUSE |

This is a prisoner civil rights action proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). On June 2, 2023, the Honorable John H. Chun adopted this Court's Report and Recommendation denying Defendants' motion to dismiss Plaintiff Christopher Frick's third amended complaint for failure to exhaust administrative remedies. (Dkt. # 77.) Defendants' answer to Plaintiff's third amended complaint was therefore due within 14 days after the Court's notice to the parties of the denial of Defendants' motion to dismiss. *See* Fed. R. Civ. P. 12(a)(4)(A) ("[I]f the court denies [a motion under this rule] . . . the responsive pleading must be served within 14 days after notice of the court's action[.]"). To date, Defendants have not filed an answer to Plaintiff's third amended complaint.

　　　　Accordingly, this Court hereby ORDERS as follows:

ORDER TO SHOW CAUSE - 1

(1)  Defendants shall SHOW CAUSE by **June 30, 2023**, why sanctions and/or default should not be entered in this action for failure to answer Plaintiff's third amended complaint; and

(2)  The Clerk is directed to send copies of this Order to the parties and to Judge Chun.

DATED this 26th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2