UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

                Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

Case No. C22-0801-JHC-SKV

ORDER APPOINTING COUNSEL

This is a prisoner civil rights action proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).  Plaintiff Christopher Frick is a federal prisoner who was formerly confined at the Federal Detention Center in SeaTac, Washington (FDC SeaTac).

By Order dated August 4, 2023, the Court issued an order granting Plaintiff's request for appointment of counsel, contingent upon identification of counsel willing to represent Plaintiff, and directing the Western District of Washington's pro bono coordinator to identify counsel to represent Plaintiff in accordance with the Court's General Order 16-20.  Dkt. 92.  On April 2, 2024, the Court was notified that counsel has been located.  Accordingly, the Court hereby GRANTS the request for appointment of counsel and appoints Alexander Vitruk (avitruk@bakerlaw.com) of Baker & Hostetler LLP, 999 Third Avenue, Suite 3900, Seattle, WA 98104, as counsel for Plaintiff, pursuant to the "Plan and Rules of the United States District

1   Court for the Western District of Washington at Seattle for the Representation of *Pro Se*

2   Litigants in Civil Rights Actions" ("the Rules").  *See* General Order No. 16-20 (Dec. 8, 2020).

3     Counsel is directed to file a Notice of Appearance within **seven (7) days**.  If counsel is

4   unable for a reason set forth in the Rules to assume this representation, a motion for relief from

5   appointment should immediately be filed with the assigned judge.  In the event Plaintiff prevails,

6   appointed counsel may move for an award of attorney's fees under any applicable authority.  The

7   Court is unable to assure counsel of compensation from any other source, however.

8     The Clerk is directed to send a copy of this Order to Plaintiff, to appointed counsel, and

9   to the Honorable John H. Chun.

10     Dated this 3rd day of April, 2024.

11

12          S. KATE VAUGHAN
        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23