UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>  Plaintiff,<br><br>  v.<br><br>DY, et al.,<br><br>  Defendants. | CASE NO. 2:22-cv-00801-JHC-SKV<br><br>ORDER |

In anticipation of the evidentiary hearing set for Monday, April 14, 2025, *see* Dkt. # 100, the Court DIRECTS the parties to meet, confer, and submit a Joint Status Report by no later than August 30, 2024. The Joint Status Report should include proposed deadlines for discovery, discovery-related motions, pre-trial briefs, and any other deadlines the parties may require.

Dated this 2nd day of August, 2024.

John H. Chun
United States District Judge

ORDER - 1