UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-00801-JHC-SKV<br><br>ORDER RE: CASE SCHEDULE |

Upon review of the status reports from the parties, Dkt. ## 102 & 103, the Court sets the following schedule:

| Event | Deadline |
|---|---|
| Amended Complaint | October 14, 2024 |
| Initial Disclosures | November 1, 2024 |
| Discovery Cutoff | January 15, 2025 |
| Dispositive Motions | February 14, 2025 |
| Evidentiary Hearing | April 14, 2025 |

Plaintiff may move to strike the evidentiary hearing on or before February 14, 2025.

/

ORDER RE: CASE SCHEDULE - 1

1    Dated this 9th day of October, 2024.

John H. Chun
United States District Judge

ORDER RE: CASE SCHEDULE - 2