1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT SEATTLE

10

CHRISTOPHER FRICK,                        Case No. 2:22-cv-00801-JHC-SKV

11
            Plaintiff,                    **ORDER EXTENDING TIME TO FILE**
12                                         **AMENDED COMPLAINT AND**
      v.                                   **STRIKING EVIDENTIARY HEARING**
13
DY, et al.,
14
            Defendants.

15
      Pursuant to the Parties' Stipulation (Dkt. 108), **IT IS ORDERED** that
16
17   • Plaintiff's deadline to file his amended complaint shall be extended by seven (7) days, or

18      until **October 21, 2024.**

19   • The Evidentiary Hearing scheduled for April 14, 2025, and related deadline issues under

20      the Court's September 30, 2024 Order Re: Case Schedule [Dkt. 106] are stricken.

21   • The Court will set a case schedule pursuant to Fed. R. Civ. Proc. 16(a) and 16(b) once

22      Plaintiff has filed his Fourth Amended Complaint.

23      **IT IS SO ORDERED**.

24
/
25
/
26

27

ORDER EXTENDING TIME TO FILE AMENDED
COMPLAINT AND STRIKING EVIDENTIARY
HEARING - 1
(CASE NO. 2:22-CV-00801-JHC-SKV)

1        DATED this 11th day of October, 2024.

2

3                                                          _____
                                                           John H. Chun
4                                                          United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER EXTENDING TIME TO FILE AMENDED
COMPLAINT AND STRIKING EVIDENTIARY
HEARING - 2
(CASE NO. 2:22-CV-00801-JHC-SKV)