UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>                 Plaintiff,<br><br>  v.<br><br>MARIA DY, *et. al.*,<br><br>                 Defendants. | Case No. 2:22-cv-801-JHC-SKV<br><br>**ORDER REGARDING DEFENDANTS DURANO AND PARKER'S MOTION TO DISMISS**<br><br>Noted for Consideration:<br>February 19, 2025 |

      Pursuant to the Parties' Stipulation, Dkt. # 118, IT IS ORDERED that Plaintiff's claim against Defendants Durano and Parker is dismissed with prejudice and Defendants Durano and Parker are dismissed from this lawsuit. The Court STRIKES the motion at Dkt. # 116.

      DATED this 20th day of February, 2025.

                                                   JOHN H. CHUN
                                                   United States District Judge