The Honorable John H. Chun
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FRICK,<br><br>    Plaintiff,<br>v<br><br>MARIA DY, *et al.*,<br><br>    Defendants. | Case No.: C22-0801-JHC-SKV<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND AMENDING NOTING DATE |

This Court, having reviewed the Stipulated Motion filed by the Parties, Dkt. 129, being fully advised on the matter, and for good cause shown, **HEREBY ORDERS AS FOLLOWS**:

1. The Stipulated Motion is **GRANTED** in its entirety;

2. The deadline for Plaintiff to file an opposition to Defendants' Motion to Dismiss is extended until September 8, 2025;

3. The deadline for Defendants to file a reply (if any) in support of Defendants' Motion to Dismiss is extended until September 15, 2025;

4. Defendants' Motion to Dismiss, Dkt. 128, is RENOTED for consideration on September 15, 2025.

Dated this 1st day of August, 2025.

*[signature]*
S. KATE VAUGHAN
United States Magistrate Judge

---

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND AMENDING NOTING DATE - 1
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Presented by:

**BAKER & HOSTETLER LLP**

s/ *Anthony Mahmud*
Alexander Vitruk, WSBA No. 57337
Anthony Mahmud, WSBA No. 62375
Jeffrey Hugo Adams, WSBA No. 62865
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Phone: (206) 332-1380
Email: avitruk@bakerlaw.com
amahmud@bakerlaw.com
jhadams@bakerlaw.com

*Attorneys for Plaintiff*

s/ *Kristin B. Johnson*
Kristin B. Johnson WSBA #28189
Assistant United States Attorney
Acting United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
E-mail   kristin.b.johnson@usdoj.gov

*Attorney for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND AMENDING NOTING DATE - 2
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380