The Honorable John H. Chun
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

                Plaintiff,

    v

MARIA DY, *et al.*,

                Defendants.

Case No.: 2:22-cv-00801-JHC-SKV

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO STAY ALL DEADLINES FOR GOOD CAUSE AND IN LIGHT OF THE LAPSE OF APPROPRIATIONS

NOTE ON MOTION CALENDAR:
November 6, 2025

      This Court, having reviewed the Ex Parte Motion to Stay All Deadlines for Good Cause and in Light of The Lapse of Appropriations filed by the Plaintiff ("Motion to Stay"), Dkt. 133. being fully advised on the matter, and for good cause shown, **HEREBY ORDERS AS FOLLOWS**:

    1.     The Motion to Stay all Deadlines is **GRANTED** in its entirety;

    2.     All deadlines in the above-captioned matter are stayed until funding is restored to Defendants' counsel;

    3.     Upon the restoration of funding to Defendants' counsel, the Parties shall discuss a briefing schedule for Defendants' Motion to Dismiss [Dkt. No. 128] and file a stipulated motion to lift the stay and to set due dates for Plaintiff's Opposition to the Motion to Dismiss, Defendants'

/ / /

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
TO STAY ALL DEADLINES FOR GOOD CAUSE AND IN LIGHT OF
THE LAPSE OF APPROPRIATIONS - 1
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Reply (if any), and a date for the Motion to Dismiss to be re-noted for consideration.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

**BAKER & HOSTETLER LLP**

_s/Alexander Vitruk_
Alexander Vitruk, WSBA No. 57337
Anthony Mahmud, WSBA No. 62375
Jeffrey Hugo Adams, WSBA No. 62865
Sara Becker-Mayer, WSBA No. 64308
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Phone: (206) 332-1380
Email: avitruk@bakerlaw.com
         amahmud@bakerlaw.com
         jhadams@bakerlaw.com

_Attorneys for Plaintiff_

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
TO STAY ALL DEADLINES FOR GOOD CAUSE AND IN LIGHT OF
THE LAPSE OF APPROPRIATIONS - 2
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380