The Honorable John H. Chun
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FRICK,

                Plaintiff,

    v

MARIA DY, *et al.*,

                Defendants.

Case No. C22-0801-JHC-SKV

[~~PROPOSED~~] ORDER GRANTING STIPULATED BRIEFING SCHEDULE

The Court, having reviewed the Stipulated Briefing Schedule and Case Deadlines, Dkt. 137, filed by the Parties, being fully advised on the matter, and for good cause shown, **HEREBY ORDERS AS FOLLOWS**:

1.    The Stipulated Briefing Schedule is **GRANTED** and entered as follows;

2.    The deadline for Plaintiff to file an opposition to Defendants' Motion to Dismiss is extended until **October 9, 2026**;

3.    The deadline for Defendants to file a reply (if any) in support of Defendants' Motion to Dismiss is extended until **October 23, 2026**;

4.    Defendants' Motion to Dismiss, Dkt. 128, is re-noted for consideration on **October 23, 2026**.

5.    The case deadlines for this matter will be set, as needed, following resolution of the

/ / /

[~~PROPOSED~~] ORDER GRANTING STIPULATED BRIEFING
SCHEDULE - 1
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Motion to Dismiss.

Dated this 8th day of June, 2025.

_____

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Jeffrey Hugo Adams*
Alexander Vitruk, WSBA No. 57337
Jeffrey Hugo Adams, WSBA No. 62865
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Phone: (206) 332-1380
Email: avitruk@bakerlaw.com
           jhadams@bakerlaw.com

*Attorneys for Plaintiff*

s/ *Kristin B. Johnson*
Kristin B. Johnson WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone:  (206) 553-7970
E-mail   kristin.b.johnson@usdoj.gov

*Attorney for Defendants*

[~~PROPOSED~~] ORDER GRANTING STIPULATED BRIEFING
SCHEDULE - 2
Case No.: C22-0801-JHC-SKV

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380